Opinion by DONLON, J. In accordance with stipulation of counsel that the proper basis for converting the weight in pounds to gallons is 6.5 pounds per gallon, the claim of the plaintiff was sustained, and the collector was directed to reliquidate the entry accordingly.

No. 67990.—Moscahlades Bros., Inc., et al. *v.* United States, protests 62/14123(B), etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the proper basis for converting the weight in pounds to gallons is 6.5 pounds per gallon, the claim of the plaintiffs was sustained, and the collector was directed to reliquidate the entries accordingly.

BEFORE THE FIRST DIVISION, SEPTEMBER 18, 1963

No. 67991.—Weigert-Dagen Shoe Co., Inc., and Fuchs Shoe Corporation *v.* United States, protests 144614–K and 154310–K (Laredo).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of footwear, in chief value of leather, similar in all material respects to the merchandise the subject of *United States* v. *A. J. Taylor of Santa Fe, New Mexico* (48 CCPA 97, C.A.D. 772), the claim of the plaintiffs was sustained.

No. 67992.—Keer, Maurer Company *v.* United States, protest 59/31653 (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic fishes and plantlike forms in plastic envelopes similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.

No. 67993.—Reliance Int'l Mfg., Ltd., et al. *v.* United States, protests 60/17599, etc. (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of plastic fishes and plantlike forms in plastic envelopes similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 18, 1963

No. 67994.—Bert Scheuer, Inc. v. United States, protests 59/22490–S/15651, 59/27111–S/15767, and 60/19237–S/16126 (New Orleans).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 67995.—Liebermann Waelchli & Co. N.Y., Inc. v. United States, protest 60/27211 (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of vacuum brush cleaners similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.

No. 67996.—Ster-Wood Corp. v. United States, protests 58/23896, etc. (New York).